Jenifer C. Wallis (SBN 303343)
jwallis@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 855-3311
Facsimile: (972) 628-3616

David G. Henry, Sr. (*pro hac vice*)
dhenry@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
510 Austin Avenue, Suite 3100
Waco, Texas 76701
Telephone: (254) 362-2300
Facsimile: (254) 632-2304

Robert J. "Tracy" Carson (*pro hac vice*)
tcarson@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (972) 628-3642
Facsimile: (972) 628-3616

Attorneys for Defendant,
Aero Cosmetics Products, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRAIG SCHMITMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AERO COSMETICS PRODUCTS, LLC, a Texas Limited Liability Company; BRIAN PHILLIPS; JOSE CASTELLANOS; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-09205-AH-MBKx<br><br>[*Assigned to Hon. Anne Hwang; Magistrate Judge Michael B. Kaufman*]<br><br>**ORDER [30]**<br><br>**NOTE CHANGES MADE BY COURT** |

**ORDER**

Based on the parties' stipulation, and for good cause shown, **IT IS HEREBY ORDERED**, that Defendant AERO COSMETICS PRODUCTS, LLC, shall file its pleadings responsive to Plaintiff CRAIG SCHMITMAN'S First Amended Complaint (Dkt. 21), on or before November 19, 2025.

The motion to dismiss the underlying complaint is denied as moot and the hearing set for November 19, 2025 is vacated. Dkt. No. 15. Defendant may raise its arguments on the first to file rule in connection with its responsive pleading to the First Amended Complaint.

**IT IS SO ORDERED**

Date: NOVEMBER 6, 2025

_____
Honorable Anne Hwang
United States District Judge