Ashkon E. Cyrus, Esq., SBN 314523
ashkon@selectip.com
**Select IP Law Corporation**
475 Washington Blvd
Marina Del Rey, CA 90292
ATTORNEY FOR PLAINTIFF CRAIG SCHMITMAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRAIG SCHMITMAN, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>AERO COSMETICS PRODUCTS, LLC, a Texas Limited Liability Company,<br><br>             Defendant. | Case No. 2:25-cv-09205-AH-MBK<br><br>*Assigned to the Honorable Anne Hwang*; *Magistrate Judge Michael B. Kaufman*<br><br>**JOINT NOTICE OF SETTLEMENT; REQUEST TO STAY PROCEEDINGS OR RETAIN JURISDICTION**<br><br>[*Filed concurrently with [Proposed] Order*] |

1

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Craig Schmitman and Defendant Aero Cosmetics Products, LLC (collectively, the "Parties"), by and through their respective counsel, hereby notify the Court that they have reached a full and final settlement of all claims in this action. The Parties file this notice to inform the Court that the matter is resolved and to respectfully request the Court vacate all deadlines and hearings in this matter, including but not limited to Aero's deadline to file a responsive pleading, while retaining jurisdiction until July 15, 2026 to enforce the terms of the settlement agreement.

The Parties further stipulate and request as follows:

- The Parties have executed a Settlement and Release Agreement ("Agreement") which provides for certain terms to be completed on or before June 30, 2026.

- Per the Agreement, the completion of these settlement terms is a condition precedent to the filing of a dismissal.

- Pursuant to the Court's Order Granting Third Joint Stipulation to Stay Action to Finalize Settlement [Dkt. 51], Aero's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint is April 29, 2026.

- To conserve judicial resources and the Parties' costs, the Parties respectfully request that the Court stay all current deadlines, including but not limited to Aero's deadline to file a responsive pleading to the Second Amended Complaint, and vacate all scheduled hearings in this matter to allow for the completion of the settlement terms.

JOINT NOTICE OF SETTLEMENT

- Pursuant to the Agreement, the Parties respectfully request that the Court retain jurisdiction to enforce the terms of the settlement agreement through and including July 15, 2026.

- The Parties stipulate that a Joint Stipulation of Dismissal with Prejudice shall be filed no later than July 15, 2026 upon completion of the settlement terms.

**IT IS SO STIPULATED.**

Dated: April 20, 2026                      **SELECT IP LAW CORPORATION**

By: /s/Ashkon Cyrus

Ashkon Cyrus[1]
Attorney for Plaintiff,
CRAIG SCHMITMAN

Dated: April 20, 2026                      **MUNCK WILSON MANDALA, LLP**

By: /s/Jenifer Wallis

Jenifer Wallis
Attorney for Defendant
AERO COSMETICS PRODUCTS, LLC

---

[1] *Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Ashkon Cyrus hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

**JOINT NOTICE OF SETTLEMENT**