Ashkon E. Cyrus, Esq., SBN 314523
ashkon@selectip.com
**Select IP Law Corporation**
475 Washington Blvd
Marina Del Rey, CA 90292
ATTORNEY FOR PLAINTIFF CRAIG SCHMITMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRAIG SCHMITMAN, an individual,<br>　　　　Plaintiff,<br>　　　vs.<br><br>AERO COSMETICS PRODUCTS, LLC,<br>a Texas limited liability company;<br>BRIAN PHILLIPS; JOSE<br>CASTELLANOS; and DOES 3-10,<br>inclusive,<br>　　　　Defendant(s) | Case No.: 2:25-cv-09205-AH-MBKx<br><br>*Assigned to Hon. Anne Hwang; Magistrate Judge Michael B. Kaufman*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE  [54]  [JS-6]** |

ORDER

**IT IS HEREBY ORDERED THAT:**

This action is DISMISSED WITH PREJUDICE in its entirety; and

Each party shall bear its own attorney's fees, costs, and expenses incurred in this action.



Date: JULY 3, 2026

Honorable Anne Hwang

United States District Court Judge